

## NUMBER 13-13-00447-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**EB INTERNATIONAL, LLC, AND HIDALGO
LOGISITICS, LLC, D/B/A HIDALGO COLD
STORAGE, A TEXAS LIMITED LIABILITY COMPANY,**     Appellants,

**v.**

**JENROB INVESTMENTS, LP,
A TEXAS LIMITED PARTNERSHIP,**     Appellee.

**On appeal from the 332nd District Court
of Hidalgo County, Texas.**

## MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Longoria
Memorandum Opinion Per Curiam**

This appeal was abated by this Court on May 30, 2014, due to the bankruptcy of

one of the parties to this appeal.   *See* 11 U.S.C. §362; *see generally* TEX. R. APP. P. 8.

This cause is before the Court on appellants' status report and unopposed motion to

dismiss appeal on grounds all matters between the parties have been settled. Appellants request that this Court dismiss the appeal. Accordingly, this appeal is hereby REINSTATED.

The Court, having considered the documents on file and appellants' unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith. Any pending motions are dismissed as moot.

PER CURIAM

Delivered and filed the
24th day of November, 2015.

2